**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7340**

WILLIAM LEE JUDY,

Plaintiff - Appellant,

v.

KATHY WILLIAMS, Housing Unit Manager at FCC Petersburg in Petersburg, VA; IAN CONNER; SEVERAL NAMED BUT UNKNOWN SEARCH TEAM MEMBERS; NAMED BUT UNKNOWN REGIONAL ADMINISTRATIVE REMEDY COORDINATOR; NAMED BUT UNKNOWN INSTITUTIONAL ADMINISTRATIVE REMEDY COORDINATOR; UNITED STATES OF AMERICA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:16-cv-00345-AWA-LRL)

Submitted: January 30, 2018                    Decided: February 2, 2018

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

William Lee Judy, Appellant Pro Se. Sean Douglas Jansen, Kent Pendleton Porter, Assistant United States Attorneys, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Lee Judy seeks to appeal the district court's order dismissing the United States from his pending action brought under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), and the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671-2680 (2012). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Judy seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Baird v. Palmer*, 114 F.3d 39, 43 (4th Cir. 1997). Accordingly, we grant Defendants' motion to dismiss and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*